STEDING, K.

v.

**MUTUAL BENEFIT INSURANCE**

**1441 WDA 2016**

Superior Court of Pennsylvania.

05/04/2017

GD–15–015820 (Allegheny)

Affirmed

COM.

v.

**MCRAE, O.**

**1023 EDA 2015**

Superior Court of Pennsylvania.

05/05/2017

CP–23–CR–0001580–2013 (Delaware)

Reversed/Remanded

COM.

v.

**DALFONSE, V.**

**2191 EDA 2015**

Superior Court of Pennsylvania.

05/05/2017

CP–51–CR–0004419–2014 (Philadelphia)

Affirmed

COM.

v.

**GARDNER, C.**

**3662 EDA 2015**

Superior Court of Pennsylvania.

05/05/2017

CP–51–CR–0014238–2013 (Philadelphia)

Affirmed

COM.

v.

**BODDIE, C.**

**127 EDA 2016**

Superior Court of Pennsylvania.

05/05/2017

CP–51–CR–0013368–2014 (Philadelphia)

Affirmed

COM.

v.

**DASHIELL, A.**

**495 EDA 2016**

Superior Court of Pennsylvania.

05/05/2017

CP–51–CR–0008239–2015, (Philadelphia)

Affirmed